AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means            ☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )       1:25-mj-1396
a blood sample drawn from )                            Case No. PP25065419
TONY FITZGERALD WILLIAMS )
)
)

✓ FILED     ___ ENTERED
___ LOGGED  ___ RECEIVED

1:08 pm, May 27 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____TTD_____ Deputy

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____Maryland____
*(identify the person or describe the property to be searched and give its location)*:

TONY FITZGERALD WILLIAMS

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

the alcohol and/or drug content of the blood of TONY FITZGERALD WILLIAMS

**YOU ARE COMMANDED** to execute this warrant on or before ____5/24/2025 at 1:54 AM____ *(not to exceed 3 hours)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Erin Aslan____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  05/23/2025 10:54 pm                            _____[signature]_____
                                                                        *Judge's signature*

City and state:  Baltimore, Maryland                                   Erin Aslan, U.S. Magistrate Judge
                                                                        *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:25-mj-1396<br>PP25065419 | Date and time warrant executed:<br>05/23/2025 11:51 pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of :<br>Ofc. D Lorde | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>2 Vials of Blood taken from WILLIAMS, Tony Fitzgerald at Capitol Regional by RN Khadija Manaspray | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/24/2025

*Executing officer's signature*

DAVID B. LORDE #307
*Printed name and title*